LINVILLE RIVER RY. CO. v. McCRARY et al. (Circuit Court of Appeals, Fourth Circuit. July 14, 1920.) No. 1798. In Error to the District Court of the United States for the Western District of North Carolina, at Asheville. Mark W. Brown, of Asheville, N. C., J. H. Epps, of Jonesboro, Tenn., and Frank A. Linney, of Boone, N. C., for plaintiff in error. Merrimon, Adams & Johnston, of Asheville, N. C., Powers & Thornburgh, of Knoxville, Tenn., and J. W. Ragland, of Newland, N. C., for defendants in error.

PER CURIAM. Cause dismissed on motion of defendants in error.

---

THE LOUISE RUGGE. (Circuit Court of Appeals, Third Circuit. July 6, 1920.) No. 2557. Appeal from the District Court of the United States for the District of New Jersey; Charles F. Lynch, Judge. In Admiralty. Suit for collision by George W. Scott and another against the steam tug Louise Rugge, Tice Tugging Line, claimant, and the Board of Chosen Freeholders of Middlesex County, New Jersey. Decree for libelants against the Louise Rugge, and claimant appeals. Affirmed. Park & Mattison, of New York City (Henry E. Mattison, of New York City, of counsel), for appellant. Foley & Martin, of New York City (George V. A. McCloskey, of New York City, of counsel), for appellee. Macklin, Brown, Purdy & Van Wyck, of New York City (William F. Purdy, of New York City, of counsel), for libelant appellees. Before BUFFINGTON and WOOLLEY, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM. This collision case involved no legal principles, but turned wholly on a question of fact. On that question of fact the experienced Judge below cited, discussed and passed upon the evidence in an extensive opinon which adequately covered every phase of the case. As we have said, no principle is involved; the case is simply one of its own facts; it forms no precedent. An opinion by this Court would simply be an attempt to state and record in different words what has been thoroughly done by the Court below. We therefore restrict ourselves to saying we have examined the proofs and we agree with the Court below. Accordingly, we affirm its decree.

---

McBRYDE et al. v. BANK OF COMMERCE & TRUSTS OF RICHMOND, VA., et al. (Circuit Court of Appeals, Fourth Circuit. April 22, 1920.) No. 1784. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Raleigh; Henry G. Connor, Judge. Suit in equity by the Bank of Commerce & Trusts of Richmond, Va., and others, against D. L. McBryde and others. Decree for complainants, and defendants appeal. Affirmed, on opinion of District Court. 261 Fed. 97. J. S. Manning, of Raleigh, N. C., for appellants. J. Crawford Biggs, of Raleigh, N. C., for appellees. Before PRITCHARD and KNAPP, Circuit Judges, and ROSE, District Judge.

PER CURIAM. We are satisfied with the disposition of this case by the court below, and with the reasons assigned therefor by the learned District Judge. The decree is accordingly affirmed on his opinion. Bank of Commerce & Trusts v. McArthur, 261 Fed. 97. Affirmed.